UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIFTH DAY RESTAURANTS, LLC. | ) | CASE NO. |
| d/b/a T.G.I. Fridays, | ) | |
| | ) | |
| Debtor. | ) | |

# **APPENDIX PURSUANT TO 11 U.S.C. §1116(1)(A)**
# **MOST RECENT CASHFLOW STATEMENT**

# Fifth Day Restaurants, LLC

## PROFIT AND LOSS
January - December 2019

| | 1893 - ROCKFORD | 1898 - SPRINGFIELD | 1899 - BLOOMINGTON | 1925 - MOLINE | 2035 - PEORIA | 2136 - CHAMPAIGN | CORPORATE | NOT SPECIFIED | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | | | |
| Sales | | | | | | | | | $0.00 |
| Beverage Sales | | | | | | | | | $0.00 |
| Beer Sales | 47,610.76 | 52,179.37 | 116,863.10 | 157,046.92 | 90,874.33 | 80,087.80 | | | $544,662.28 |
| Liquor Sales | 90,173.06 | 107,945.47 | 157,440.25 | 217,830.27 | 135,714.57 | 135,770.54 | | | $844,874.16 |
| Wine Sales | 12,712.68 | 27,232.27 | 51,968.59 | 36,215.68 | 25,146.00 | 21,697.46 | | | $174,972.68 |
| **Total Beverage Sales** | **150,496.50** | **187,357.11** | **326,271.94** | **411,092.87** | **251,734.90** | **237,555.80** | | | **$1,564,509.12** |
| Door Dash Sales | | | | | | | | 82,942.62 | $82,942.62 |
| Food Sales | 1,087,857.00 | 1,476,716.34 | 1,697,366.88 | 1,666,138.77 | 1,592,343.50 | 1,525,002.51 | | -27,452.24 | $9,017,972.76 |
| Gift Card Sales | | | | | | | | -53,715.77 | $ -53,715.77 |
| Grub Hub Sales | | | | | | | | -288,147.47 | $ -288,147.47 |
| Uber Eats Sales | | | | | | | | 15,717.45 | $15,717.45 |
| **Total Sales** | **1,238,353.50** | **1,664,073.45** | **2,023,638.82** | **2,077,231.64** | **1,844,078.40** | **1,762,558.31** | | **-270,655.41** | **$10,339,278.71** |
| Uncategorized Income | 125.00 | 13.28 | | | | | | | $138.28 |
| **Total Income** | **$1,238,478.50** | **$1,664,086.73** | **$2,023,638.82** | **$2,077,231.64** | **$1,844,078.40** | **$1,762,558.31** | **$0.00** | **$ -270,655.41** | **$10,339,416.99** |
| **Cost of Goods Sold** | | | | | | | | | |
| Cost of Beverages | | | | | | | | | $0.00 |
| Bar Mix Cost | 6,025.59 | 5,446.13 | 6,945.47 | 9,101.36 | 6,136.34 | 4,892.41 | | | $38,547.30 |
| Beer Cost | 15,939.07 | 14,343.04 | 33,549.25 | 45,784.73 | 27,804.40 | 24,296.47 | | | $161,716.96 |
| Inventory Adjustment - Bev | 129.29 | 1,726.54 | 2,793.65 | -18.50 | -1,856.98 | -5,347.16 | | | $ -2,573.16 |
| Liquor Cost | 27,418.91 | 26,852.40 | 34,893.74 | 53,863.83 | 26,306.73 | 40,703.02 | | | $210,038.63 |
| Wine Cost | 2,960.97 | 5,388.40 | 9,233.96 | 8,527.54 | 8,556.08 | 4,439.90 | | | $39,106.85 |
| **Total Cost of Beverages** | **52,473.83** | **53,756.51** | **87,416.07** | **117,258.96** | **66,946.57** | **68,984.64** | | | **$446,836.58** |
| Food Cost | 306,585.88 | 404,210.49 | 440,467.80 | 448,960.55 | 397,466.73 | 404,291.93 | | | $2,401,983.38 |
| Inventory Adjustment - Food | 3,511.17 | -5,675.69 | 3,202.07 | -6,262.99 | -4,389.30 | -6,871.05 | | | $ -16,485.79 |
| Meat | 7,829.57 | 8,054.02 | 9,626.01 | 10,139.18 | 9,134.15 | 13,499.05 | | | $58,281.98 |
| Produce | 35,125.79 | 63,029.60 | 39,883.92 | 52,332.98 | 45,803.09 | 31,982.18 | | | $268,157.56 |
| **Total Food Cost** | **353,052.41** | **469,618.42** | **493,179.80** | **505,169.72** | **448,014.67** | **442,902.11** | | | **$2,711,937.13** |
| **Total Cost of Goods Sold** | **$405,526.24** | **$523,374.93** | **$580,595.87** | **$622,428.68** | **$514,961.24** | **$511,886.75** | **$0.00** | **$0.00** | **$3,158,773.71** |
| **GROSS PROFIT** | **$832,952.26** | **$1,140,711.80** | **$1,443,042.95** | **$1,454,802.96** | **$1,329,117.16** | **$1,250,671.56** | **$0.00** | **$ -270,655.41** | **$7,180,643.28** |
| **Expenses** | | | | | | | | | |
| Controllable Expenses | | | | | | | | | $0.00 |
| Advertising & Promotion | 16,725.86 | 10,333.50 | 12,329.08 | 13,019.66 | 11,259.14 | 10,612.26 | 116.88 | | $74,396.38 |
| Bank Charges | 277.24 | 277.24 | 48.60 | 273.79 | 62.62 | 48.58 | 3,000.54 | | $3,988.61 |
| Cash Over/Short | 2,512.85 | -604.30 | 1,408.59 | 5,289.99 | 3,733.92 | 49.86 | 4.42 | | $12,395.33 |
| Charitable Contributions | 54.35 | | | | | | | | $54.35 |
| Credit Card Charges | 19,877.37 | 27,195.69 | 39,457.83 | 36,866.77 | 33,435.25 | 30,928.42 | | | $187,761.33 |
| Delivery Expense | 533.71 | 394.29 | 1,164.49 | 1,993.05 | 470.79 | 547.33 | | | $5,103.66 |
| Freight - Food | 104.72 | 133.50 | 4,059.31 | 122.90 | 102.90 | 376.73 | | | $4,900.06 |
| Insurance | 16,595.29 | 16,500.29 | 16,600.34 | 16,595.30 | 16,745.30 | 14,008.37 | 2,744.00 | | $99,788.89 |
| Office Supplies & Software | 2,842.27 | 2,571.56 | 1,668.29 | 3,912.43 | 4,179.46 | 1,763.70 | 9,411.99 | | $26,349.70 |
| Operating Supplies | 63,452.40 | 78,441.04 | 75,382.10 | 85,368.49 | 76,134.67 | 61,127.52 | 2,389.47 | | $442,295.69 |
| Other Expense | 1,867.51 | 4,708.17 | 2,099.70 | 5,575.36 | 4,115.39 | 686.41 | 24,135.76 | | $43,188.30 |
| Paid Out | 60.27 | 1,394.95 | 1,423.38 | 2,072.30 | 141.41 | 72.11 | | | $5,164.42 |
| Professional Services | 35,364.78 | 29,250.22 | 34,525.87 | 29,829.03 | 40,892.03 | 32,045.77 | 19,833.69 | | $221,741.39 |
| Repair & Maintenance | 27,534.53 | 58,224.41 | 37,164.14 | 47,284.14 | 49,869.01 | 14,052.01 | 3,917.64 | | $238,045.88 |
| Taxes & Licenses | 2,636.09 | 2,431.00 | 4,235.00 | 1,726.92 | 2,871.25 | 4,467.94 | 195.00 | | $18,563.20 |
| Travel | 172.81 | 1,369.90 | 246.70 | 761.30 | 314.02 | 2,000.00 | 1,962.70 | | $6,827.43 |
| Uncategorized Expense | 388.48 | 89.92 | 2,757.23 | 15,297.48 | 217.04 | -367.00 | 658.85 | | $19,042.00 |
| Utilities | 88,952.31 | 102,705.85 | 105,842.71 | 103,225.44 | 110,154.92 | 95,925.72 | 12,746.26 | | $619,553.21 |
| **Total Controllable Expenses** | **279,952.84** | **335,417.23** | **340,413.36** | **369,214.35** | **354,699.12** | **268,345.73** | **81,117.20** | | **$2,029,159.83** |
| Labor Expense | | | | -675.10 | | | | | $ -675.10 |
| Back of House Labor | 207,627.98 | 224,300.06 | 254,117.04 | 252,910.32 | 210,928.62 | 225,893.29 | | | $1,375,777.31 |
| Employee Benefits | 54,937.43 | 56,857.86 | 64,767.56 | 74,628.95 | 72,499.54 | 60,560.88 | 34,512.08 | | $418,764.30 |
| Front of House Labor | 103,280.32 | 139,606.67 | 134,294.08 | 179,509.45 | 135,409.49 | 130,373.09 | | | $822,473.10 |
| Manager Bonuses | 100.00 | 200.00 | 400.00 | 400.00 | 900.00 | 300.00 | 2,080.00 | | $4,380.00 |
| Manager Expense | 116,623.09 | 124,750.29 | 139,346.55 | 154,715.63 | 115,707.89 | 142,573.26 | | | $793,716.71 |
| Supervisor Pay | 41,246.89 | 20,065.39 | 3,804.42 | 30,945.24 | 49,883.98 | 22,568.70 | | | $168,514.62 |
| Training Labor | 17,326.48 | 8,809.43 | 19,462.96 | 22,985.45 | 22,072.77 | 9,980.59 | 9,676.95 | | $110,314.63 |
| **Total Labor Expense** | **541,142.19** | **574,589.70** | **616,192.61** | **715,419.94** | **607,402.29** | **592,249.81** | **46,269.03** | | **$3,693,265.57** |
| **Total Expenses** | **$821,095.03** | **$910,006.93** | **$956,605.97** | **$1,084,634.29** | **$962,101.41** | **$860,595.54** | **$127,386.23** | **$0.00** | **$5,722,425.40** |
| **NET OPERATING INCOME** | **$11,857.23** | **$230,704.87** | **$486,436.98** | **$370,168.67** | **$367,015.75** | **$390,076.02** | **$ -127,386.23** | **$ -270,655.41** | **$1,458,217.88** |
| **Other Income** | | | | | | | | | |
| Other Income | 9,360.05 | 10,554.69 | 10,874.70 | 10,893.89 | 10,636.11 | 10,434.74 | 5,122.64 | | $67,876.82 |
| **Total Other Income** | **$9,360.05** | **$10,554.69** | **$10,874.70** | **$10,893.89** | **$10,636.11** | **$10,434.74** | **$5,122.64** | **$0.00** | **$67,876.82** |
| **Other Expenses** | | | | | | | | | |
| Other Expenses | 29.00 | 72.41 | -80.58 | 88.11 | | | 1,228.79 | | $1,337.73 |
| Administrative Expenses | | | 103.01 | | | | 272,180.33 | | $272,283.34 |
| Depreciation/Amortization | | | | | | | 88,877.00 | | $88,877.00 |
| Interest Expense | 14,780.89 | 15,689.47 | 15,787.87 | 15,688.72 | 16,994.52 | 15,687.34 | | | $94,628.81 |
| National Advertising | 57,753.82 | 79,556.41 | 94,746.32 | 111,186.44 | 76,556.40 | 84,528.04 | -5,245.78 | | $499,081.65 |
| Real Estate Taxes | 34,145.36 | 35,243.22 | 5,171.23 | 43,923.00 | 55,144.32 | 37,514.16 | | | $211,141.29 |
| Rent | 168,268.87 | 43,500.00 | 213,266.07 | 162,000.00 | 157,416.50 | 168,268.87 | | | $912,720.31 |

| | 1893 - ROCKFORD | 1898 - SPRINGFIELD | 1899 - BLOOMINGTON | 1925 - JOLIET | 2035 - PEORIA | 2136 - CHAMPAIGN | CORPORATE | NOT SPECIFIED | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Royalty Fees | 57,126.95 | 64,263.76 | 76,601.00 | 97,597.10 | 76,215.03 | 73,306.33 | | | $445,110.17 |
| **Total Other Expenses** | 332,104.89 | 238,325.27 | 405,594.92 | 430,483.37 | 382,326.77 | 379,304.74 | 357,040.34 | | $2,525,180.30 |
| Reconciliation Discrepancies | 770.92 | 741.54 | 753.86 | 236.75 | 615.12 | 242.04 | 196.26 | | $3,556.49 |
| **Total Other Expenses** | $332,875.81 | $239,066.81 | $406,348.78 | $430,720.12 | $382,941.89 | $379,546.78 | $357,236.60 | $0.00 | $2,528,736.79 |
| NET OTHER INCOME | $ -323,515.76 | $ -228,512.12 | $ -395,474.08 | $ -419,826.23 | $ -372,305.78 | $ -369,112.04 | $ -352,113.96 | $0.00 | $ -2,460,859.97 |
| NET INCOME | $ -311,658.53 | $2,192.75 | $90,962.90 | $ -49,657.56 | $ -5,290.03 | $20,963.98 | $ -479,500.19 | $ -270,655.41 | $ -1,002,642.09 |