UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIFTH DAY RESTAURANTS, LLC. | ) | CASE NO. |
| d/b/a T.G.I. Fridays, | ) | |
| | ) | |
| Debtor. | ) | |

# APPENDIX PURSUANT TO 11 U.S.C. §1116(1)(A) MOST RECENT FEDERAL TAX RETURN

# Form 1065 — U.S. Return of Partnership Income

Form **1065**
Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning _____, _____, ending _____, _____.
**EXTENSION GRANTED TO 09/16/19**

OMB No. 1545-0123
**2018**

| | |
|---|---|
| **A** Principal business activity: RESTAURANT | **D** Employer identification number: **-***8521 |
| **B** Principal product or service: FOOD & BEVERAGE | **E** Date business started: 01/01/2013 |
| **C** Business code number: 722511 | **F** Total assets: $ 2,739,151. |

Name of partnership: **FIFTH DAY RESTAURANTS, LLC**
Number, street, and room or suite no.: 2813 N. MAIN STREET
City or town, state, ZIP: EAST PEORIA, IL 61611

**G** Check applicable boxes: (1) Initial return  (2) Final return  (3) Name change  (4) Address change  (5) Amended return
**H** Check accounting method: (1) Cash  (2) [X] Accrual  (3) Other (specify)
**I** Number of Schedules K-1: **2**
**J** Check if Schedules C and M-3 are attached

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 12,346,611. |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | 12,346,611. |
| 2 | Cost of goods sold (attach Form 1125-A) | 7,750,480. |
| 3 | Gross profit. Subtract line 2 from line 1c | 4,596,131. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (loss) (attach statement) SEE STATEMENT 1 | 105,705. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 4,701,836. |

## Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | 141,067. |
| 12 | Bad debts | |
| 13 | Rent | 946,211. |
| 14 | Taxes and licenses SEE STATEMENT 2 | 658,245. |
| 15 | Interest (see instructions) | 127,210. |
| 16a | Depreciation (if required, attach Form 4562) | 114,550. |
| 16b | Less depreciation reported on Form 1125-A and elsewhere on return | |
| 16c | | 114,550. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach statement) SEE STATEMENT 3 | 3,095,014. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 5,082,297. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | -380,461. |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 23 | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | |
| 24 | Interest due under the look-back method-income forecast method (attach Form 8866) | |
| 25 | BBA AAR imputed underpayment (see instructions) | |
| 26 | Other taxes (see instructions) | |
| 27 | **Total balance due.** Add lines 23 through 27 | |
| 28 | Payment (see instructions) | |
| 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed | |
| 30 | Overpayment. If line 28 is larger than line 27, enter overpayment | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____  Date _____

May the IRS discuss this return with the preparer shown below (see instr.)? [X] Yes [ ] No

## Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name: ROBERT S. REHBOCK | Preparer's signature: ROBERT S. REHBOCK |
| Date: 08/17/19 | Check if self-employed: [ ] |
| PTIN: P00143320 | |
| Firm's name: FGMK, LLC | Firm's EIN: **-***9601 |
| Firm's address: 2801 LAKESIDE DRIVE, 3RD FLOOR, BANNOCKBURN, IL 60015 | Phone no.: 847-374-0400 |

LHA  For Paperwork Reduction Act Notice, see separate instructions.   811001 12-21-18   Form **1065** (2018)

Form 1065 (2018)    FIFTH DAY RESTAURANTS, LLC    **-***8521    Page **2**

| Schedule B | Other Information |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

811011 12-21-18          Form **1065** (2018)

Form 1065 (2018)  FIFTH DAY RESTAURANTS, LLC  **-***8521  Page **3**

## Schedule B | Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 16 a | Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892. ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions. ▶ $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through entity with current year, or prior year, carryover excess business interest expense? See instructions | X | |
| a | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter, or | | |
| b | The partnership only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). If "No," complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. ▶ _____ If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR ▶ | WILLIAM H TORCHIA | U.S. taxpayer identification number of PR ▶ | ***-**-8283 |
|---|---|---|---|
| U.S. address of PR ▶ | 2108 EAST BISHOP AVE<br>PEORIA, IL 61615 | U.S. phone number of PR ▶ | 309-698-8200 |
| If the PR is an entity, name of the designated individual for the PR ▶ | | U.S. taxpayer identification number of the designated individual ▶ | |
| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? If "Yes," enter the amount from Form 8996, line 13. ▶ $ | | X |
|---|---|---|---|

Form **1065** (2018)

811021 12-21-18

Form 1065 (2018) FIFTH DAY RESTAURANTS, LLC **-***8521 Page 4

| | Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -380,461. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ............ 3a | | |
| | b | Expenses from other rental activities (attach statement) ...... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | | b Qualified dividends ......... 6b | | |
| | | c Dividend equivalents ....... 6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) ......... 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ....... 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | 14a | -380,461. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ SEE STATEMENT 4 | 15f | 80,118. |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Section 951A category ▶ e Foreign branch category ▶ | 16e | |
| | f | Passive category ▶ g General category ▶ h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partner level | | |
| | i | Interest expense ▶ j Other ▶ | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k | Section 951A category ▶ l Foreign branch category ▶ | 16l | |
| | m | Passive category ▶ n General category ▶ o Other ▶ | 16o | |
| | p | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16p | |
| | q | Reduction in taxes available for credit (attach statement) | 16q | |
| | r | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 100. |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses SEE STATEMENT 5 | 18c | 80,118. |
| | 19a | Distributions of cash and marketable securities | 19a | 0. |
| | b | Distributions of other property | 19b | 1,343,213. |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) STMT 6 | | |

811041 12-21-18

Form **1065** (2018)

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | 1 | -380,461. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | -380,461. | | | |

### Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 13,848. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 143,273. | | 126,072. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | STATEMENT 7 | 12,800. | | 12,800. |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 6,976,909. | | 7,055,243. | |
| b | Less accumulated depreciation | 4,697,412. | 2,279,497. | 4,942,906. | 2,112,337. |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | 400,000. | | 400,000. |
| 12a | Intangible assets (amortizable only) | 312,219. | | 312,219. | |
| b | Less accumulated amortization | 222,292. | 89,927. | 238,125. | 74,094. |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 2,925,497. | | 2,739,151. |
| **Liabilities and Capital** | | | | | |
| 15 | Accounts payable | | 80,293. | | 373,039. |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | STATEMENT 8 | 13,332. | | 192,111. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 4,420,122. | | 4,350,575. |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -1,588,250. | | -2,176,574. |
| 22 | Total liabilities and capital | | 2,925,497. | | 2,739,151. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -588,324. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): STMT 10   80,118. | | | a Depreciation $ | | |
| | a Depreciation $ 127,745. | | 8 | Add lines 6 and 7 | | |
| | b Travel and entertainment $ | 207,863. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -380,461. |
| 5 | Add lines 1 through 4 | -380,461. | | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,588,250. | 6 | Distributions: a Cash | | 0. |
| 2 | Capital contributed: a Cash | 0. | | b Property | | 1,343,213. |
| | STMT 11  b Property | 1,343,213. | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) per books | -588,324. | | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | | 1,343,213. |
| 5 | Add lines 1 through 4 | -833,361. | 9 | Balance at end of year. Subtract line 8 from line 5 | | -2,176,574. |

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. ▶ Go to www.irs.gov/Form1125A for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer Identification number |
|---|---|
| FIFTH DAY RESTAURANTS, LLC | **-***8521 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 143,273. |
| 2 | Purchases | 2 | 3,769,919. |
| 3 | Cost of labor | 3 | 3,963,360. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 7,876,552. |
| 7 | Inventory at end of year | 7 | 126,072. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 7,750,480. |

**9 a** Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ▶ ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . **9d**
**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions . . . . ☐ Yes ☒ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? . . . . ☐ Yes ☒ No
   If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.     Form **1125-A** (Rev. 11-2018)

824441
12-03-18    JWA

# SCHEDULE B-1 (Form 1065)
(Rev. September 2017)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for the latest information.

OMB No. 1545-0123

**Name of partnership:** FIFTH DAY RESTAURANTS, LLC

**Employer identification number:** **-***8521

### Part I — Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |

### Part II — Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| WILLIAM H TORCHIA | ***-**-8283 | UNITED STATES | 50.00 |
| CHERYLE A TORCHIA | ***-**-6976 | UNITED STATES | 50.00 |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   Schedule B-1 (Form 1065) (Rev. 9-2017)

824551 04-01-18

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OTHER 1 | OMB No. 1545-0172 **2018** Attachment Sequence No. **179** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | | |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| FIFTH DAY RESTAURANTS, LLC | RESTAURANT | **-***8521 |

### Part I   Election To Expense Certain Property Under Section 179   Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1  Maximum amount (see instructions) | 1 | |
| 2  Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3  Threshold cost of section 179 property before reduction in limitation | 3 | |
| 4  Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5  Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7  Listed property. Enter the amount from line 29 ......... 7 | | |
| 8  Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9  Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

### Part III   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2018 | 17 | 96,442. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b    5-year property | | | | | | |
| c    7-year property | | | | | | |
| d    10-year property | | | | | | |
| e    15-year property | | | | | | |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    30-year | / | | 30 yrs. | MM | S/L | |
| d    40-year | / | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | 18,108. |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 114,550. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

816251 12-26-18   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                Form **4562** (2018)

Form 4562 (2018)  FIFTH DAY RESTAURANTS, LLC   **-***8521  Page 2

**Part V**  Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a  Do you have evidence to support the business/investment use claimed?  [X] Yes  [ ] No   24b  If "Yes," is the evidence written?  [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............................................ 25   15,995.

26  Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEE STATEMENT 12 | | % | | | | | 2,113. | |
| | | % | | | | | | |

27  Property used 50% or less in a qualified business use:

| | | % | | | | S/L - | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ................... 28   18,108.

29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............................................. 29

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42  Amortization of costs that begins during your 2018 tax year:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

43  Amortization of costs that began before your 2018 tax year ................................................. 43   15,833.
44  **Total.** Add amounts in column (f). See the instructions for where to report ......................... 44   15,833.

816252 12-26-18   Form **4562** (2018)

| Form **8846** | **Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to your tax return.<br>▶ Go to www.irs.gov/Form8846 for the latest information. | **2018**<br>Attachment<br>Sequence No. **98** |

| Name(s) shown on return | Identifying number |
|---|---|
| FIFTH DAY RESTAURANTS, LLC | **-***8521 |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---:|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | 1 | 1,087,391. |
| 2 | Tips not subject to the credit provisions (see instructions) | 2 | 40,098. |
| 3 | Creditable tips. Subtract line 2 from line 1 | 3 | 1,047,293. |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $128,400, see instructions and check here ▶ ☐ | 4 | 80,118. |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | 5 | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | 6 | 80,118. |

LHA  **For Paperwork Reduction Act Notice, see instructions.**  Form **8846** (2018)

820421  12-05-18

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| OTHER INCOME | | 105,705. |
| TOTAL TO FORM 1065, LINE 7 | | 105,705. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| LESS FORM 8846 CREDIT | | -80,118. |
| PAYROLL TAXES AND OTHER | | 527,707. |
| REAL ESTATE TAXES | | 210,656. |
| TOTAL TO FORM 1065, LINE 14 | | 658,245. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| ADMINISTRATIVE EXPENSES | | 381,911. |
| ADVERTISING | | 492,431. |
| AMORTIZATION EXPENSE | | 15,833. |
| CASH OVER/SHORT | | 6,925. |
| CREDIT CARD CHARGES | | 220,156. |
| INSURANCE | | 47,585. |
| OTHER EXPENSE | | 128,507. |
| PROFESSIONAL SERVICES | | 262,416. |
| ROYALTIES | | 457,460. |
| SUPPLIES | | 552,876. |
| UTILITIES | | 528,914. |
| TOTAL TO FORM 1065, LINE 20 | | 3,095,014. |

| SCHEDULE K | OTHER CREDITS | STATEMENT 4 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| CREDIT FOR SOC. SEC. AND MEDICARE TAXES PAID | | 80,118. |
| TOTAL TO SCHEDULE K, LINE 15F | | 80,118. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 5 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| TAX DEDUCTION ADJUSTMENT FOR FORM 8846 | | 80,118. |
| TOTAL TO SCHEDULE K, LINE 18C | | 80,118. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 6 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| SECTION 199A QUALIFIED BUSINESS INCOME | | -380,461. |
| SECTION 199A W-2 WAGES | | 5,172,132. |
| SECTION 199A UNADJUSTED BASIS | | 4,056,348. |
| SECTION 199A REIT DIVIDENDS | | 0. |
| SECTION 199A PTP INCOME | | 0. |

| SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT 7 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| STATE INCOME TAX REFUNDABLE | | 12,800. | 12,800. |
| TOTAL TO SCHEDULE L, LINE 6 | | 12,800. | 12,800. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 8 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| ACCRUED SALES TAX | | 28,497. | 44,870. |
| CHECKS ISSUED IN EXCESS OF FUNDS ON DEPOSIT | | 144,772. | 122,190. |
| GIFT CARDS | | -159,937. | 25,051. |
| TOTAL TO SCHEDULE L, LINE 17 | | 13,332. | 192,111. |

| FORM 1065 | | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | STATEMENT 9 |
|---|---|---|---|---|---|
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
| 1 | -2,137,337. | 1,343,213. | -294,163. | | -1,088,287. |
| 2 | 549,087. | | -294,161. | 1,343,213. | -1,088,287. |
| TOTAL | -1,588,250. | 1,343,213. | -588,324. | 1,343,213. | -2,176,574. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTMENT FOR FORM 8846 CREDIT | 80,118. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 80,118. |

| SCHEDULE M-2 | CONTRIBUTIONS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 1,343,213. |
| TOTAL TO SCHEDULE M-2, LINE 2 | 1,343,213. |

| FORM 4562, PART V | LISTED PROPERTY INFORMATION-MORE THAN 50% | STATEMENT 12 |
|---|---|---|

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| GREEN CHEVROLET | 07/24/15 | 100.00 | 34,530. | 34,530. | 5.00 | 200DB-MQ | 2,113. | |
| LEMANS CHEVY CITY | 08/20/18 | 100.00 | 15,995. | | 5.00 | 200DB-HY | | |

| (J) AUTO NO | (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y N | (P) > 5% OWNER? Y N | (Q) ANOTHER VEH. AVAILABLE? Y N |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL TO FORM 4562, PART V, LINE 26 | 2,113. |

```
==========================================================================================
SCHEDULE K-1              NONDEDUCTIBLE EXPENSES, BOX 18, CODE C
------------------------------------------------------------------------------------------

DESCRIPTION                         PARTNER FILING INSTRUCTIONS              AMOUNT
_____                         _____              _____

TAX EXPENSE ADJUSTMENT FOR FORM     NONDEDUCTIBLE PORTION
8846 CREDIT                                                                  40,059.
                                                                           _____
TOTAL TO SCHEDULE K-1, BOX 18, CODE C                                        40,059.
                                                                           ==========


==========================================================================================
SCHEDULE K-1           SECTION 199A ITEMS, BOX 20
                             CODES Z THROUGH AD
------------------------------------------------------------------------------------------

CODE   DESCRIPTION                                                           AMOUNT
____   _____                                                           _____


       TRADE OR BUSINESS - RESTAURANT

  Z    SECTION 199A QUALIFIED BUSINESS INCOME *                             -190,231.
         * INCLUDED
                 ORDINARY INCOME(LOSS)                                      -190,231.
          * NOT INCLUDED
                 SELF-EMPLOYMENT EARNINGS(LOSS)                             -190,231.
 AA    SECTION 199A W-2 WAGES                                              2,586,066.
 AB    SECTION 199A UNADJUSTED BASIS                                       2,028,174.
 AC    SECTION 199A REIT DIVIDENDS                                                 0.
 AD    SECTION 199A PTP INCOME                                                     0.
```

                                                                    PARTNER NUMBER 1

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODES Z, AA, AB, AC AND AD. THE CHARITABLE CONTRIBUTIONS, INVESTMENT INTEREST EXPENSE, DEDUCTIONS - ROYALTY INCOME, SECTION 59(E)(2) EXPENDITURES AND DEDUCTIONS - OTHER PORTFOLIO AMOUNTS ARE NOT INCLUDED IN THE CALCULATION OF THE QUALIFIED BUSINESS INCOME AMOUNT UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

## SCHEDULE K-1 — CAPITAL CONTRIBUTED DURING THE YEAR

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 1,343,213. |
| TOTAL TO SCHEDULE K-1, ITEM L, CAPITAL CONTRIBUTED | 1,343,213. |

## SCHEDULE K-1 — CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -190,231. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -190,231. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -190,231. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -63,873. | |
| NONDEDUCTIBLE EXPENSES | -40,059. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -103,932. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -294,163. |

PARTNER NUMBER 1

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| TAX EXPENSE ADJUSTMENT FOR FORM 8846 CREDIT | NONDEDUCTIBLE PORTION | 40,059. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 40,059. |

SCHEDULE K-1    SECTION 199A ITEMS, BOX 20
                CODES Z THROUGH AD

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TRADE OR BUSINESS - RESTAURANT | |
| Z | SECTION 199A QUALIFIED BUSINESS INCOME * | -190,230. |
| | * INCLUDED | |
| |     ORDINARY INCOME(LOSS) | -190,230. |
| | * NOT INCLUDED | |
| |     SELF-EMPLOYMENT EARNINGS(LOSS) | -190,230. |
| AA | SECTION 199A W-2 WAGES | 2,586,066. |
| AB | SECTION 199A UNADJUSTED BASIS | 2,028,174. |
| AC | SECTION 199A REIT DIVIDENDS | 0. |
| AD | SECTION 199A PTP INCOME | 0. |

PARTNER NUMBER 2

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODES Z, AA, AB, AC AND AD. THE CHARITABLE CONTRIBUTIONS, INVESTMENT INTEREST EXPENSE, DEDUCTIONS - ROYALTY INCOME, SECTION 59(E)(2) EXPENDITURES AND DEDUCTIONS - OTHER PORTFOLIO AMOUNTS ARE NOT INCLUDED IN THE CALCULATION OF THE QUALIFIED BUSINESS INCOME AMOUNT UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

SCHEDULE K-1 — CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -190,230. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -190,230. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -190,230. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | -63,872. | |
| NONDEDUCTIBLE EXPENSES | -40,059. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -103,931. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -294,161. |

SCHEDULE K-1 — WITHDRAWALS AND DISTRIBUTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 1,343,213. |
| TOTAL TO SCHEDULE K-1, ITEM L, WITHDRAWALS AND DISTRIBUTIONS | 1,343,213. |

PARTNER NUMBER 2