UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FIFTH DAY RESTAURANTS, LLC. | ) | CASE NO. |
| d/b/a T.G.I. Fridays, | ) | |
| | ) | |
| Debtor. | ) | |

# APPENDIX PURSUANT TO 11 U.S.C. §1116(1)(A)
# STATEMENT OF OPERATIONS

# Fifth Day Restaurants, LLC
## Profit and Loss March 2020
February 26 - April 1, 2020

| | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   **Sales** | | | | | | | 0.00 |
|     **Beverage Sales** | | | | | | | 0.00 |
|       Beer Sales | 5,599.03 | 12,481.22 | 18,382.66 | 10,480.40 | 8,620.06 | | 55,563.37 |
|       Liquor Sales | 12,418.93 | 18,437.35 | 22,101.47 | 15,720.57 | 15,802.92 | | 84,481.24 |
|       Wine Sales | 2,866.89 | 5,423.48 | 3,701.75 | 2,682.52 | 2,372.57 | | 17,047.21 |
|     **Total Beverage Sales** | $ 20,884.85 | $ 36,342.05 | $ 44,185.88 | $ 28,883.49 | $ 26,795.55 | $ 0.00 | $ 157,091.82 |
|     **Food Sales** | 178,789.36 | 192,394.49 | 185,223.64 | 191,808.50 | 180,860.31 | | 929,076.30 |
|   **Total Sales** | $ 199,674.21 | $ 228,736.54 | $ 229,409.52 | $ 220,691.99 | $ 207,655.86 | $ 0.00 | $ 1,086,168.12 |
|   **Uncategorized Income** | 13.28 | | | | | | 13.28 |
| **Total Income** | $ 199,687.49 | $ 228,736.54 | $ 229,409.52 | $ 220,691.99 | $ 207,655.86 | $ 0.00 | $ 1,086,181.40 |
| **Cost of Goods Sold** | | | | | | | |
|   **Cost of Beverages** | | | | | | | 0.00 |
|     Bar Mix Cost | 469.57 | 830.76 | 893.40 | 736.07 | 739.33 | | 3,669.13 |
|     Beer Cost | 1,396.07 | 3,803.15 | 6,636.90 | 3,087.95 | 2,547.76 | | 17,471.83 |
|     Inventory Adjustment - Bev | -523.91 | -1,739.15 | -940.47 | 1,020.14 | -1,272.62 | | -3,456.01 |
|     Liquor Cost | 2,456.40 | 4,775.84 | 6,277.11 | 3,780.72 | 4,717.77 | | 22,007.84 |
|     Wine Cost | 588.00 | 1,035.50 | 995.50 | 1,371.92 | 192.00 | | 4,182.92 |
|   **Total Cost of Beverages** | $ 4,386.13 | $ 8,706.10 | $ 13,862.44 | $ 9,996.80 | $ 6,924.24 | $ 0.00 | $ 43,875.71 |
|   **Food Cost** | 45,506.16 | 47,007.87 | 50,506.96 | 45,633.51 | 48,391.07 | | 237,045.57 |
|     Inventory Adjustment - Food | 1,295.80 | 3,432.38 | -1,061.92 | 1,645.43 | -2,221.44 | | 3,090.25 |
|     Meat | 2,758.56 | 2,945.64 | 3,502.95 | 2,978.41 | 8,254.63 | | 20,440.19 |
|     Produce | 7,670.91 | 8,908.68 | 7,396.87 | 5,676.25 | 7,614.59 | | 37,267.30 |
|   **Total Food Cost** | $ 57,231.43 | $ 62,294.57 | $ 60,344.86 | $ 55,933.60 | $ 62,038.85 | $ 0.00 | $ 297,843.31 |
| **Total Cost of Goods Sold** | $ 61,617.56 | $ 71,000.67 | $ 74,207.30 | $ 65,930.40 | $ 68,963.09 | $ 0.00 | $ 341,719.02 |
| **Gross Profit** | $ 138,069.93 | $ 157,735.87 | $ 155,202.22 | $ 154,761.59 | $ 138,692.77 | $ 0.00 | $ 744,462.38 |
| **Expenses** | | | | | | | |
|   **Controllable Expenses** | | | | | | | 0.00 |
|     Advertising & Promotion | 265.07 | 744.11 | 905.01 | 323.75 | 296.16 | | 2,534.10 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Bank Charges** | 48.16 | | 48.16 | | | 237.91 | 334.23 |
| **Cash Over/Short** | -32.70 | 317.63 | 1,124.55 | 577.41 | -0.19 | 1.92 | 1,988.62 |
| **Credit Card Charges** | 2,896.17 | 4,032.53 | 3,616.67 | 3,634.79 | 3,252.97 | | 17,433.13 |
| **Delivery Expense** | 20.00 | | 279.10 | 20.00 | 10.00 | | 329.10 |
| **Freight - Food** | 14.10 | 14.10 | 14.10 | 14.10 | 18.80 | | 75.20 |
| **Insurance** | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | | 7,000.00 |
| **Office Supplies & Software** | 62.51 | 170.73 | 569.97 | 233.40 | 216.93 | 958.53 | 2,212.07 |
| **Operating Supplies** | 11,003.17 | 7,678.04 | 15,541.14 | 10,330.09 | 7,734.38 | -104.98 | 52,181.84 |
| **Other Expense** | 440.77 | 193.30 | 1,525.60 | 692.02 | 146.48 | 5,350.39 | 8,348.56 |
| **Professional Services** | 2,824.37 | 3,315.15 | 3,889.29 | 2,745.70 | 2,956.36 | 3,279.90 | 19,010.77 |
| **Repair & Maintenance** | 3,891.45 | 1,727.86 | 7,589.58 | 2,999.26 | 871.50 | 1,374.75 | 18,454.40 |
| **Taxes & Licenses** | 906.00 | | 425.00 | | 1,770.56 | | 3,101.56 |
| **Travel** | | 80.00 | 394.98 | 34.02 | | 147.99 | 656.99 |
| **Uncategorized Expense** | | | 274.20 | 70.84 | | | 345.04 |
| **Utilities** | 19,323.35 | 7,234.30 | 12,619.23 | 15,361.43 | 6,406.63 | 2,105.94 | 63,050.88 |
| **Total Controllable Expenses** | $ 43,062.42 | $ 26,907.75 | $ 50,216.58 | $ 38,436.81 | $ 25,080.58 | $ 13,352.35 | $ 197,056.49 |
| **Labor Expense** | | | | | | | 0.00 |
|   **Back of House Labor** | 19,446.38 | 20,659.52 | 20,362.02 | 18,030.28 | 21,877.13 | | 100,375.33 |
|   **Employee Benefits** | 5,350.72 | 6,524.50 | 6,655.55 | 8,333.48 | 5,505.83 | 5,761.60 | 38,131.68 |
|   **Front of House Labor** | 14,520.47 | 14,557.84 | 16,717.78 | 12,172.05 | 12,831.69 | | 70,799.83 |
|   **Manager Expense** | 7,307.72 | 10,846.18 | 7,411.56 | 5,038.48 | 10,280.79 | | 40,884.73 |
|   **Supervisor Pay** | 1,830.92 | 0.00 | 328.68 | 7,961.19 | 3,348.70 | | 13,469.49 |
|   **Training Labor** | 964.79 | 1,358.53 | 534.51 | 474.17 | 257.53 | 4,061.55 | 7,651.08 |
| **Total Labor Expense** | $ 49,421.00 | $ 53,946.57 | $ 52,010.10 | $ 52,009.65 | $ 54,101.67 | $ 9,823.15 | $ 271,312.14 |
| **Total Expenses** | $ 92,483.42 | $ 80,854.32 | $ 102,226.68 | $ 90,446.46 | $ 79,182.25 | $ 23,175.50 | $ 468,368.63 |
| **Net Operating Income** | $ 45,586.51 | $ 76,881.55 | $ 52,975.54 | $ 64,315.13 | $ 59,510.52 | -$ 23,175.50 | $ 276,093.75 |
| **Other Income** | | | | | | | |
|   **Other Income** | 6,157.87 | 6,157.88 | 6,157.88 | 6,157.87 | 6,157.88 | | 30,789.38 |
| **Total Other Income** | $ 6,157.87 | $ 6,157.88 | $ 6,157.88 | $ 6,157.87 | $ 6,157.88 | $ 0.00 | $ 30,789.38 |
| **Other Expenses** | | | | | | | |
|   **Other Expenses** | | | | | | 189.52 | 189.52 |
|     **Administrative Expenses** | | | | | | 22,945.62 | 22,945.62 |
|     **Interest Expense** | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | | 10,000.00 |
|     **National Advertising** | 9,484.52 | 10,864.99 | 10,896.95 | 10,482.87 | 9,863.65 | 0.00 | 51,592.99 |
|     **Real Estate Taxes** | | | 7,320.50 | | | | 7,320.50 |

|  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|
| Rent | 14,500.00 | 16,250.00 | 12,000.00 | 11,500.00 | 12,000.00 |  | 66,250.00 |
| Royalty Fees | 7,986.97 | 9,149.46 | 9,176.38 | 8,827.68 | 8,306.23 |  | 43,446.72 |
| **Total Other Expenses** | $ 33,971.49 | $ 38,264.45 | $ 41,393.83 | $ 32,810.55 | $ 32,169.89 | $ 23,135.14 | $ 201,745.35 |
| **Reconciliation Discrepancies** | 596.99 | -8.01 | 238.32 | 105.96 | 305.78 | 0.00 | 1,239.04 |
| **Total Other Expenses** | $ 34,568.48 | $ 38,256.44 | $ 41,632.15 | $ 32,916.51 | $ 32,475.67 | $ 23,135.14 | $ 202,984.39 |
| **Net Other Income** | -$ 28,410.61 | -$ 32,098.56 | -$ 35,474.27 | -$ 26,758.64 | -$ 26,317.79 | -$ 23,135.14 | -$ 172,195.01 |
| **Net Income** | $ 17,175.90 | $ 44,782.99 | $ 17,501.27 | $ 37,556.49 | $ 33,192.73 | -$ 46,310.64 | $ 103,898.74 |

Sunday, Mar 01, 2020 07:39:20 AM GMT-8 - Accrual Basis

# Fifth Day Restaurants, LLC
## Profit and Loss April 2020
April 2-30, 2020

|  | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   **Sales** | | | | | | | 0.00 |
|     **Beverage Sales** | | | | | | | 0.00 |
|       Beer Sales | 3,841.44 | 9,586.04 | 13,262.49 | 6,983.46 | 6,725.62 | | 40,399.05 |
|       Liquor Sales | 8,555.63 | 12,895.68 | 18,099.29 | 10,479.83 | 10,273.30 | | 60,303.73 |
|       Wine Sales | 2,956.66 | 4,704.47 | 2,830.59 | 2,469.42 | 2,334.00 | | 15,295.14 |
|     **Total Beverage Sales** | $ 15,353.73 | $ 27,186.19 | $ 34,192.37 | $ 19,932.71 | $ 19,332.92 | $ 0.00 | $ 115,997.92 |
|     Food Sales | 121,165.42 | 134,968.35 | 137,174.56 | 130,291.57 | 127,656.26 | | 651,256.16 |
|   **Total Sales** | $ 136,519.15 | $ 162,154.54 | $ 171,366.93 | $ 150,224.28 | $ 146,989.18 | $ 0.00 | $ 767,254.08 |
| **Total Income** | $ 136,519.15 | $ 162,154.54 | $ 171,366.93 | $ 150,224.28 | $ 146,989.18 | $ 0.00 | $ 767,254.08 |
| **Cost of Goods Sold** | | | | | | | |
|   **Cost of Beverages** | | | | | | | 0.00 |
|     Bar Mix Cost | 666.91 | 763.34 | 1,150.28 | 607.97 | 290.24 | | 3,478.74 |
|     Beer Cost | 920.02 | 2,817.60 | 3,857.65 | 2,455.35 | 1,401.70 | | 11,452.32 |
|     Inventory Adjustment - Bev | -830.44 | 1,081.23 | -1,633.86 | -999.28 | -909.20 | | -3,291.55 |
|     Liquor Cost | 2,451.68 | 2,955.59 | 3,031.24 | 2,944.47 | 2,768.01 | | 14,150.99 |
|     Wine Cost | 420.50 | 870.50 | 597.00 | 366.00 | 495.00 | | 2,749.00 |
|   **Total Cost of Beverages** | $ 3,628.67 | $ 8,488.26 | $ 7,002.31 | $ 5,374.51 | $ 4,045.75 | $ 0.00 | $ 28,539.50 |
|   Food Cost | 35,108.88 | 34,670.55 | 44,584.80 | 36,490.34 | 28,642.47 | | 179,497.04 |
|     Inventory Adjustment - Food | -943.00 | 2,265.80 | -5,886.69 | 999.28 | -3,155.40 | | -6,720.01 |
|     Produce | 5,042.39 | 4,743.11 | 4,203.94 | 1,857.35 | 3,740.49 | | 19,587.28 |
|   **Total Food Cost** | $ 39,208.27 | $ 41,679.46 | $ 42,902.05 | $ 39,346.97 | $ 29,227.56 | $ 0.00 | $ 192,364.31 |
| **Total Cost of Goods Sold** | $ 42,836.94 | $ 50,167.72 | $ 49,904.36 | $ 44,721.48 | $ 33,273.31 | $ 0.00 | $ 220,903.81 |
| **Gross Profit** | $ 93,682.21 | $ 111,986.82 | $ 121,462.57 | $ 105,502.80 | $ 113,715.87 | $ 0.00 | $ 546,350.27 |
| **Expenses** | | | | | | | |
|   **Controllable Expenses** | | | | | | | 0.00 |
|     Advertising & Promotion | 186.59 | 430.87 | 186.59 | 281.47 | 655.69 | | 1,741.21 |
|     Bank Charges | 64.81 | | 64.81 | | | 129.32 | 258.94 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cash Over/Short** | | -0.59 | 230.85 | 96.17 | 1,288.98 | -0.01 | | 1,615.40 |
| **Credit Card Charges** | | 2,331.24 | 3,187.43 | 3,103.70 | 2,803.94 | 2,654.72 | | 14,081.03 |
| **Delivery Expense** | | 20.00 | | 31.32 | 10.00 | 11.53 | | 72.85 |
| **Freight - Food** | | | | | 4.70 | | | 4.70 |
| **Insurance** | | 774.80 | 774.80 | 774.80 | 774.80 | 774.80 | | 3,874.00 |
| **Office Supplies & Software** | | 598.45 | 387.73 | 959.64 | 689.56 | 76.16 | 829.09 | 3,540.63 |
| **Operating Supplies** | | 6,231.08 | 7,255.95 | 8,301.59 | 8,917.96 | 5,386.83 | 108.70 | 36,202.11 |
| **Other Expense** | | 273.66 | 342.28 | 124.67 | 354.09 | 89.75 | 2,140.79 | 3,325.24 |
| **Professional Services** | | 2,554.72 | 5,019.19 | 1,844.45 | 4,749.79 | 2,725.17 | 1,778.59 | 18,671.91 |
| **Repair & Maintenance** | | 2,287.58 | 930.00 | 3,359.03 | 2,970.99 | 1,596.45 | | 11,144.05 |
| **Taxes & Licenses** | | 600.00 | 100.00 | 100.00 | | | | 800.00 |
| **Travel** | | | 70.00 | 136.55 | 200.00 | 2,000.00 | | 2,406.55 |
| **Uncategorized Expense** | | 125.18 | | 2,257.15 | -20.48 | -300.00 | | 2,061.85 |
| **Utilities** | | 4,086.15 | 12,570.86 | 5,193.51 | 4,934.40 | 7,793.95 | 1,186.42 | 35,765.29 |
| **Total Controllable Expenses** | $ | 20,133.67 | $ 31,299.96 | $ 26,533.98 | $ 27,960.20 | $ 23,465.04 | $ 6,172.91 | $ 135,565.76 |
| **Labor Expense** | | | | | | | | 0.00 |
| Back of House Labor | | 23,052.26 | 22,174.42 | 20,627.07 | 18,918.52 | 23,173.57 | | 107,945.84 |
| Employee Benefits | | 3,789.23 | 5,014.16 | 6,839.48 | 6,101.47 | 5,079.46 | 3,185.35 | 30,009.15 |
| Front of House Labor | | 12,297.51 | 10,732.84 | 13,523.27 | 10,797.99 | 11,675.00 | | 59,026.61 |
| Manager Expense | | 6,076.95 | 10,846.18 | 12,961.57 | 11,784.63 | 4,980.78 | | 46,650.11 |
| Supervisor Pay | | 1,423.92 | 1,158.43 | 6,937.65 | 5,159.60 | 3,564.02 | | 18,243.62 |
| Training Labor | | 639.33 | 1,273.80 | 2,926.18 | 2,974.68 | 1,350.24 | 0.00 | 9,164.23 |
| **Total Labor Expense** | $ | 47,279.20 | $ 51,199.83 | $ 63,815.22 | $ 55,736.89 | $ 49,823.07 | $ 3,185.35 | $ 271,039.56 |
| **Total Expenses** | $ | 67,412.87 | $ 82,499.79 | $ 90,349.20 | $ 83,697.09 | $ 73,288.11 | $ 9,358.26 | $ 406,605.32 |
| **Net Operating Income** | $ | 26,269.34 | $ 29,487.03 | $ 31,113.37 | $ 21,805.71 | $ 40,427.76 | -$ 9,358.26 | $ 139,744.95 |
| **Other Expenses** | | | | | | | | |
| Other Expenses | | | | | | | 155.09 | 155.09 |
| Administrative Expenses | | | | | | | 34,834.64 | 34,834.64 |
| Interest Expense | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | | 10,000.00 |
| National Advertising | | 6,484.66 | 7,702.34 | 8,139.93 | 7,135.65 | 6,981.99 | | 36,444.57 |
| Rent | | 14,500.00 | 16,250.00 | 12,000.00 | 11,583.00 | 12,000.00 | | 66,333.00 |
| Royalty Fees | | 5,460.77 | 6,486.18 | 6,854.68 | 6,008.97 | 5,879.57 | | 30,690.16 |
| **Total Other Expenses** | $ | 28,445.43 | $ 32,438.52 | $ 28,994.61 | $ 26,727.62 | $ 26,861.55 | $ 34,989.73 | $ 178,457.46 |
| **Reconciliation Discrepancies** | | 0.00 | 0.00 | 858.17 | 113.12 | 12.03 | | 983.32 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Other Expenses** | | $ | 28,445.43 | $ | 32,438.52 | $ | 29,852.78 | $ | 26,840.74 | $ | 26,873.58 | $ | 34,989.73 | $ | 179,440.78 |
| **Net Other Income** | | -$ | 28,445.43 | -$ | 32,438.52 | -$ | 29,852.78 | -$ | 26,840.74 | -$ | 26,873.58 | -$ | 34,989.73 | -$ | 179,440.78 |
| **Net Income** | | -$ | 2,176.09 | -$ | 2,951.49 | $ | 1,260.59 | -$ | 5,035.03 | $ | 13,554.18 | -$ | 44,347.99 | -$ | 39,695.83 |

Sunday, Mar 01, 2020 07:39:58 AM GMT-8 - Accrual Basis

# Fifth Day Restaurants, LLC
# Profit and Loss May 2020
### April 30 - May 27, 2020

|  | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   **Sales** | | | | | | | 0.00 |
|     **Beverage Sales** | | | | | | | 0.00 |
|       Beer Sales | 4,143.28 | 10,492.95 | 11,955.96 | 9,078.57 | 6,716.32 | | 42,387.08 |
|       Liquor Sales | 9,886.66 | 14,557.36 | 20,499.41 | 11,942.73 | 14,209.03 | | 71,095.19 |
|       Wine Sales | 1,645.74 | 4,570.25 | 3,008.61 | 2,023.41 | 2,102.64 | | 13,350.65 |
|     **Total Beverage Sales** | $ 15,675.68 | $ 29,620.56 | $ 35,463.98 | $ 23,044.71 | $ 23,027.99 | $ 0.00 | $ 126,832.92 |
|     Food Sales | 122,679.44 | 147,599.57 | 134,779.37 | 151,729.66 | 136,794.55 | | 693,582.59 |
|   **Total Sales** | $ 138,355.12 | $ 177,220.13 | $ 170,243.35 | $ 174,774.37 | $ 159,822.54 | $ 0.00 | $ 820,415.51 |
| **Total Income** | $ 138,355.12 | $ 177,220.13 | $ 170,243.35 | $ 174,774.37 | $ 159,822.54 | $ 0.00 | $ 820,415.51 |
| **Cost of Goods Sold** | | | | | | | |
|   **Cost of Beverages** | | | | | | | 0.00 |
|     Bar Mix Cost | 321.74 | 549.64 | 866.01 | 457.24 | 294.06 | | 2,488.69 |
|     Beer Cost | 2,100.37 | 2,813.55 | 3,580.13 | 2,376.00 | 2,148.29 | | 13,018.34 |
|     Inventory Adjustment - Bev | 2,380.37 | 573.65 | 31.49 | 602.10 | -1,385.74 | | 2,201.87 |
|     Liquor Cost | 1,830.13 | 2,003.63 | 5,335.98 | 670.30 | 4,942.78 | | 14,782.82 |
|     Wine Cost | 240.00 | 393.00 | 518.00 | 288.96 | 588.50 | | 2,028.46 |
|   **Total Cost of Beverages** | $ 6,872.61 | $ 6,333.47 | $ 10,331.61 | $ 4,394.60 | $ 6,587.89 | $ 0.00 | $ 34,520.18 |
|   Food Cost | 26,521.46 | 37,727.21 | 37,477.91 | 37,985.62 | 33,848.00 | | 173,560.20 |
|     Inventory Adjustment - Food | 264.97 | -1,430.39 | -1,163.56 | -1,751.47 | -1,268.18 | | -5,348.63 |
|     Meat | | | | | 121.52 | | 121.52 |
|     Produce | 4,337.31 | 4,826.27 | 4,277.24 | 3,229.85 | 3,248.28 | | 19,918.95 |
|   **Total Food Cost** | $ 31,123.74 | $ 41,123.09 | $ 40,591.59 | $ 39,464.00 | $ 35,949.62 | $ 0.00 | $ 188,252.04 |
| **Total Cost of Goods Sold** | $ 37,996.35 | $ 47,456.56 | $ 50,923.20 | $ 43,858.60 | $ 42,537.51 | $ 0.00 | $ 222,772.22 |
| **Gross Profit** | $ 100,358.77 | $ 129,763.57 | $ 119,320.15 | $ 130,915.77 | $ 117,285.03 | $ 0.00 | $ 597,643.29 |
| **Expenses** | | | | | | | |
|   **Controllable Expenses** | | | | | | | 0.00 |
|     Advertising & Promotion | 305.32 | 662.26 | 801.31 | 622.60 | 510.01 | | 2,901.50 |
|     Bank Charges | | | -0.46 | | | 279.79 | 279.33 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Cash Over/Short** | -2.59 | -1.95 | 437.82 | 884.74 | 0.00 | | 1,318.02 |
| **Credit Card Charges** | 2,094.55 | 3,243.62 | 3,024.68 | 2,974.74 | 2,703.42 | | 14,041.01 |
| **Delivery Expense** | 20.00 | | 30.00 | | 20.00 | | 70.00 |
| **Insurance** | 1,640.65 | 1,640.65 | 1,640.65 | 1,640.65 | 1,640.66 | | 8,203.26 |
| **Office Supplies & Software** | 417.84 | 417.84 | 635.49 | 181.41 | 180.41 | 1,542.40 | 3,375.39 |
| **Operating Supplies** | 7,099.70 | 4,714.14 | 8,634.64 | 4,544.24 | 4,476.17 | -2.41 | 29,466.48 |
| **Other Expense** | 627.56 | 272.09 | 221.00 | 356.14 | 73.50 | 1,925.69 | 3,475.98 |
| **Paid Out** | 1,159.36 | 1,142.28 | 1,824.02 | 87.55 | | | 4,213.21 |
| **Professional Services** | 1,253.95 | 1,535.95 | 1,619.83 | 2,486.39 | 1,523.35 | 906.00 | 9,325.47 |
| **Repair & Maintenance** | 2,346.03 | 2,615.57 | 1,039.74 | 831.00 | 982.86 | 251.68 | 8,066.88 |
| **Taxes & Licenses** | | 600.00 | | | | | 600.00 |
| **Travel** | | 30.00 | 74.00 | | | 60.76 | 164.76 |
| **Uncategorized Expense** | -65.95 | 363.40 | 3,233.72 | 107.42 | | | 3,638.59 |
| **Utilities** | 7,391.51 | 7,579.80 | 5,618.18 | 14,235.42 | 5,083.72 | 1,402.13 | 41,310.76 |
| **Total Controllable Expenses** | $ 24,287.93 | $ 24,815.65 | $ 28,834.62 | $ 28,952.30 | $ 17,194.10 | $ 6,366.04 | $ 130,450.64 |
| **Labor Expense** | | | | | | | 0.00 |
| Back of House Labor | 21,580.76 | 21,440.15 | 23,115.58 | 18,388.51 | 21,652.72 | | 106,177.72 |
| Employee Benefits | 5,150.28 | 4,963.00 | 7,223.53 | 5,744.01 | 6,028.74 | 3,275.42 | 32,384.98 |
| Front of House Labor | 10,930.53 | 9,729.77 | 14,047.53 | 10,584.63 | 10,046.08 | | 55,338.54 |
| Manager Expense | 6,153.86 | 11,000.03 | 16,000.02 | 7,884.62 | 9,173.09 | | 50,211.62 |
| Supervisor Pay | 1,856.41 | 687.89 | 2,983.92 | 4,910.81 | 2,343.51 | | 12,782.54 |
| Training Labor | 733.79 | 1,300.71 | 2,662.69 | 1,898.02 | 1,390.41 | 0.00 | 7,985.62 |
| **Total Labor Expense** | $ 46,405.63 | $ 49,121.55 | $ 66,033.27 | $ 49,410.60 | $ 50,634.55 | $ 3,275.42 | $ 264,881.02 |
| **Total Expenses** | $ 70,693.56 | $ 73,937.20 | $ 94,867.89 | $ 78,362.90 | $ 67,828.65 | $ 9,641.46 | $ 395,331.66 |
| **Net Operating Income** | $ 29,665.21 | $ 55,826.37 | $ 24,452.26 | $ 52,552.87 | $ 49,456.38 | -$ 9,641.46 | $ 202,311.63 |
| **Other Income** | | | | | | | |
| Other Income | 730.48 | 730.49 | 730.49 | 730.48 | 730.49 | | 3,652.43 |
| **Total Other Income** | $ 730.48 | $ 730.49 | $ 730.49 | $ 730.48 | $ 730.49 | $ 0.00 | $ 3,652.43 |
| **Other Expenses** | | | | | | | |
| Other Expenses | | | | | | -46.36 | -46.36 |
| Administrative Expenses | | | | | | 24,584.14 | 24,584.14 |
| Interest Expense | 1,657.66 | 1,657.66 | 1,657.67 | 1,657.67 | 1,657.67 | | 8,288.33 |
| National Advertising | 6,571.87 | 8,417.96 | 8,086.56 | 8,301.78 | 7,591.57 | | 38,969.74 |
| Real Estate Taxes | 17,621.61 | 5,171.23 | 3,660.25 | 27,572.16 | | | 54,025.25 |
| Rent | 14,500.00 | 16,250.00 | 12,000.00 | 11,538.00 | 12,000.00 | | 66,288.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Royalty Fees** | | | | 5,534.20 | | 7,088.81 | | 6,809.73 | | 6,990.97 | | 6,392.90 | | | | 32,816.62 |
| **Total Other Expenses** | | $ | 45,885.34 | $ | 38,585.65 | $ | 32,214.21 | $ | 56,060.59 | $ | 27,642.14 | $ | 24,537.78 | $ | 224,925.72 |
| **Reconciliation Discrepancies** | | | 30.53 | | -40.26 | | -436.04 | | 288.88 | | 39.98 | | | | -116.91 |
| **Total Other Expenses** | | $ | 45,915.87 | $ | 38,545.39 | $ | 31,778.17 | $ | 56,349.47 | $ | 27,682.12 | $ | 24,537.78 | $ | 224,808.81 |
| **Net Other Income** | | -$ | 45,185.39 | -$ | 37,814.90 | -$ | 31,047.68 | -$ | 55,618.99 | -$ | 26,951.63 | -$ | 24,537.78 | -$ | 221,156.38 |
| **Net Income** | | -$ | 15,520.18 | $ | 18,011.47 | -$ | 6,595.42 | -$ | 3,066.12 | $ | 22,504.75 | -$ | 34,179.24 | -$ | 18,844.75 |

Sunday, Mar 01, 2020 07:40:47 AM GMT-8 - Accrual Basis

# Fifth Day Restaurants, LLC
# Profit and Loss June 2020
### May 28 - July 1, 2020

| | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
| **Sales** | | | | | | | 0.00 |
| **Beverage Sales** | | | | | | | 0.00 |
| Beer Sales | 4,906.94 | 9,906.71 | 15,736.05 | 8,960.68 | 7,070.36 | | 46,580.74 |
| Liquor Sales | 10,873.13 | 15,050.87 | 24,172.92 | 11,971.98 | 12,965.79 | | 75,034.69 |
| Wine Sales | 2,774.28 | 4,967.15 | 3,704.77 | 2,388.00 | 1,652.42 | | 15,486.62 |
| **Total Beverage Sales** | $ 18,554.35 | $ 29,924.73 | $ 43,613.74 | $ 23,320.66 | $ 21,688.57 | $ 0.00 | $ 137,102.05 |
| Food Sales | 149,067.09 | 167,329.48 | 179,946.23 | 153,879.71 | 142,297.07 | | 792,519.58 |
| **Total Sales** | $ 167,621.44 | $ 197,254.21 | $ 223,559.97 | $ 177,200.37 | $ 163,985.64 | $ 0.00 | $ 929,621.63 |
| **Total Income** | $ 167,621.44 | $ 197,254.21 | $ 223,559.97 | $ 177,200.37 | $ 163,985.64 | $ 0.00 | $ 929,621.63 |
| **Cost of Goods Sold** | | | | | | | |
| **Cost of Beverages** | | | | | | | 0.00 |
| Bar Mix Cost | 713.98 | 659.88 | 925.11 | 548.44 | 453.48 | | 3,300.89 |
| Beer Cost | 1,348.19 | 2,970.15 | 4,678.00 | 3,761.40 | 2,616.94 | | 15,374.68 |
| Inventory Adjustment - Bev | -1,730.40 | 1,360.67 | -537.28 | -151.16 | 1,323.29 | | 265.12 |
| Liquor Cost | 2,503.79 | 1,811.13 | 6,051.52 | 3,094.95 | 3,633.30 | | 17,094.69 |
| Wine Cost | 591.50 | 1,327.96 | 1,624.04 | 670.20 | 192.00 | | 4,405.70 |
| **Total Cost of Beverages** | $ 3,427.06 | $ 8,129.79 | $ 12,741.39 | $ 7,923.83 | $ 8,219.01 | $ 0.00 | $ 40,441.08 |
| Food Cost | 51,504.93 | 44,749.81 | 52,485.54 | 39,860.50 | 40,442.47 | | 229,043.25 |
| Inventory Adjustment - Food | -3,995.62 | 2,911.77 | 340.83 | -1,689.26 | 216.89 | | -2,215.39 |
| Meat | | | 31.56 | | | | 31.56 |
| Produce | 6,842.25 | 6,104.89 | 4,625.92 | 4,770.72 | 3,951.40 | | 26,295.18 |
| **Total Food Cost** | $ 54,351.56 | $ 53,766.47 | $ 57,483.85 | $ 42,941.96 | $ 44,610.76 | $ 0.00 | $ 253,154.60 |
| **Total Cost of Goods Sold** | $ 57,778.62 | $ 61,896.26 | $ 70,225.24 | $ 50,865.79 | $ 52,829.77 | $ 0.00 | $ 293,595.68 |
| **Gross Profit** | $ 109,842.82 | $ 135,357.95 | $ 153,334.73 | $ 126,334.58 | $ 111,155.87 | $ 0.00 | $ 636,025.95 |
| **Expenses** | | | | | | | |
| **Controllable Expenses** | | | | | | | 0.00 |
| Advertising & Promotion | 885.38 | 1,191.34 | 1,194.25 | 765.91 | 882.81 | | 4,919.69 |
| Bank Charges | | | | | | 371.68 | 371.68 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Cash Over/Short** | -62.42 | 132.63 | -35.72 | 94.03 | 0.00 | | 128.52 |
| **Credit Card Charges** | 3,135.49 | 3,878.00 | 4,218.28 | 3,752.42 | 3,219.39 | | 18,203.58 |
| **Delivery Expense** | 30.00 | 30.00 | 55.00 | 30.00 | 30.00 | | 175.00 |
| **Insurance** | 3,281.30 | 3,281.30 | 3,281.30 | 3,281.30 | 3,281.32 | | 16,406.52 |
| **Office Supplies & Software** | 315.74 | 37.66 | 256.16 | 629.91 | 229.95 | 567.65 | 2,037.07 |
| **Operating Supplies** | 13,760.27 | 9,538.32 | 7,594.06 | 8,273.84 | 6,745.88 | 503.56 | 46,415.93 |
| **Other Expense** | 120.66 | 227.08 | 242.75 | 233.17 | 12.75 | 1,653.84 | 2,490.25 |
| **Paid Out** | | | | 53.86 | 175.82 | | 229.68 |
| **Professional Services** | 2,692.40 | 2,416.09 | 1,431.21 | 2,427.14 | 2,300.51 | 1,861.50 | 13,128.85 |
| **Repair & Maintenance** | 6,168.90 | 3,411.93 | 6,997.56 | 7,624.26 | 6,659.92 | 171.64 | 31,034.21 |
| **Taxes & Licenses** | | | | 605.25 | | 75.00 | 680.25 |
| **Uncategorized Expense** | 25.01 | 168.98 | 5,447.78 | | | | 5,641.77 |
| **Utilities** | 14,772.20 | 9,472.70 | 15,155.07 | 9,283.06 | 9,699.86 | 1,894.32 | 60,277.21 |
| **Total Controllable Expenses** | $ 45,124.93 | $ 33,786.03 | $ 45,837.70 | $ 37,054.15 | $ 33,238.21 | $ 7,099.19 | $ 202,140.21 |
| **Labor Expense** | | | | | | | 0.00 |
| **Back of House Labor** | 29,115.38 | 33,024.58 | 33,043.84 | 29,910.46 | 30,220.02 | | 155,314.28 |
| **Employee Benefits** | 7,225.64 | 8,105.92 | 9,140.82 | 7,144.12 | 7,610.45 | 2,760.51 | 41,987.46 |
| **Front of House Labor** | 17,684.70 | 15,771.99 | 22,067.90 | 17,331.57 | 16,899.32 | | 89,755.48 |
| **Manager Expense** | 16,538.50 | 16,730.82 | 19,576.95 | 12,115.38 | 18,000.03 | | 82,961.68 |
| **Supervisor Pay** | 2,223.19 | 0.00 | 1,968.66 | 5,733.84 | 3,165.83 | | 13,091.52 |
| **Training Labor** | 1,170.98 | 2,580.94 | 8,385.15 | 3,123.20 | 2,086.14 | 0.00 | 17,346.41 |
| **Total Labor Expense** | $ 73,958.39 | $ 76,214.25 | $ 94,183.32 | $ 75,358.57 | $ 77,981.79 | $ 2,760.51 | $ 400,456.83 |
| **Total Expenses** | $ 119,083.32 | $ 110,000.28 | $ 140,021.02 | $ 112,412.72 | $ 111,220.00 | $ 9,859.70 | $ 602,597.04 |
| **Net Operating Income** | -$ 9,240.50 | $ 25,357.67 | $ 13,313.71 | $ 13,921.86 | -$ 64.13 | -$ 9,859.70 | $ 33,428.91 |
| **Other Income** | | | | | | | |
| **Other Income** | 497.17 | 497.17 | 533.45 | 497.17 | 497.17 | | 2,522.13 |
| **Total Other Income** | $ 497.17 | $ 497.17 | $ 533.45 | $ 497.17 | $ 497.17 | $ 0.00 | $ 2,522.13 |
| **Other Expenses** | | | | | | | |
| **Other Expenses** | | | | | | 113.30 | 113.30 |
| **Administrative Expenses** | | | | | | 36,171.80 | 36,171.80 |
| **National Advertising** | 7,962.02 | 9,369.57 | 10,619.10 | 8,417.02 | 7,789.32 | | 44,157.03 |
| **Real Estate Taxes** | | | 7,320.50 | | 18,617.45 | | 25,937.95 |
| **Rent** | 14,500.00 | 16,250.00 | 12,000.00 | 11,583.00 | 12,000.00 | | 66,333.00 |
| **Royalty Fees** | 6,704.86 | 7,890.17 | 8,942.40 | 7,088.01 | 6,559.43 | | 37,184.87 |
| **Total Other Expenses** | $ 29,166.88 | $ 33,509.74 | $ 38,882.00 | $ 27,088.03 | $ 44,966.19 | $ 36,285.10 | $ 209,897.94 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Reconciliation Discrepancies** | 13.90 | -171.88 | 111.93 | -334.65 | 8.96 | 1.59 | -370.15 |
| **Total Other Expenses** | $ 29,180.78 | $ 33,337.86 | $ 38,993.93 | $ 26,753.38 | $ 44,975.15 | $ 36,286.69 | $ 209,527.79 |
| **Net Other Income** | -$ 28,683.61 | -$ 32,840.69 | -$ 38,460.48 | -$ 26,256.21 | -$ 44,477.98 | -$ 36,286.69 | -$ 207,005.66 |
| **Net Income** | -$ 37,924.11 | -$ 7,483.02 | -$ 25,146.77 | -$ 12,334.35 | -$ 44,542.11 | -$ 46,146.39 | -$ 173,576.75 |

Sunday, Mar 01, 2020 07:41:41 AM GMT-8 - Accrual Basis

# Fifth Day Restaurants, LLC
## Profit and Loss July 2020
### July 2-29, 2020

| | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   **Sales** | | | | | | | 0.00 |
|     **Beverage Sales** | | | | | | | 0.00 |
|       **Beer Sales** | 3,582.34 | 8,053.43 | 13,273.15 | 5,961.56 | 5,440.90 | | 36,311.38 |
|       **Liquor Sales** | 8,300.81 | 10,962.12 | 19,390.75 | 10,742.94 | 9,930.47 | | 59,327.09 |
|       **Wine Sales** | 2,137.20 | 3,426.38 | 2,908.89 | 1,473.39 | 1,308.46 | | 11,254.32 |
|     **Total Beverage Sales** | $ 14,020.35 | $ 22,441.93 | $ 35,572.79 | $ 18,177.89 | $ 16,679.83 | $ 0.00 | $ 106,892.79 |
|     **Food Sales** | 117,494.28 | 125,904.12 | 140,908.97 | 121,287.39 | 109,898.72 | | 615,493.48 |
|   **Total Sales** | $ 131,514.63 | $ 148,346.05 | $ 176,481.76 | $ 139,465.28 | $ 126,578.55 | $ 0.00 | $ 722,386.27 |
| **Total Income** | $ 131,514.63 | $ 148,346.05 | $ 176,481.76 | $ 139,465.28 | $ 126,578.55 | $ 0.00 | $ 722,386.27 |
| **Cost of Goods Sold** | | | | | | | |
|   **Cost of Beverages** | | | | | | | 0.00 |
|     **Bar Mix Cost** | 296.32 | 609.42 | 755.38 | 392.81 | 397.57 | | 2,451.50 |
|     **Beer Cost** | 910.69 | 2,225.05 | 2,881.95 | 1,784.35 | 1,557.07 | | 9,359.11 |
|     **Inventory Adjustment - Bev** | 486.98 | -973.63 | -694.73 | -138.87 | -79.29 | | -1,399.54 |
|     **Liquor Cost** | 2,272.25 | 3,765.65 | 5,817.58 | 2,037.67 | 3,196.31 | | 17,089.46 |
|     **Wine Cost** | 147.00 | 585.00 | 513.00 | 312.00 | | | 1,557.00 |
|   **Total Cost of Beverages** | $ 4,113.24 | $ 6,211.49 | $ 9,273.18 | $ 4,387.96 | $ 5,071.66 | $ 0.00 | $ 29,057.53 |
|   **Food Cost** | 30,721.89 | 40,277.84 | 46,032.42 | 28,954.85 | 30,410.52 | | 176,397.52 |
|     **Inventory Adjustment - Food** | -2,220.29 | -2,743.79 | -1,389.05 | 610.18 | 2,127.42 | | -3,615.53 |
|     **Produce** | 5,276.26 | 2,585.43 | 5,017.30 | 3,376.40 | 2,205.17 | | 18,460.56 |
|   **Total Food Cost** | $ 33,777.86 | $ 40,119.48 | $ 49,660.67 | $ 32,941.43 | $ 34,743.11 | $ 0.00 | $ 191,242.55 |
| **Total Cost of Goods Sold** | $ 37,891.10 | $ 46,330.97 | $ 58,933.85 | $ 37,329.39 | $ 39,814.77 | $ 0.00 | $ 220,300.08 |
| **Gross Profit** | $ 93,623.53 | $ 102,015.08 | $ 117,547.91 | $ 102,135.89 | $ 86,763.78 | $ 0.00 | $ 502,086.19 |
| **Expenses** | | | | | | | |
|   **Controllable Expenses** | | | | | | | 0.00 |
|     **Advertising & Promotion** | 257.92 | 128.32 | 120.98 | 269.58 | -45.79 | | 731.01 |
|     **Bank Charges** | | | | | | 155.57 | 155.57 |
|     **Cash Over/Short** | 126.76 | 147.51 | 74.71 | 359.79 | | | 708.77 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Credit Card Charges** | 2,383.84 | 3,241.13 | 3,552.39 | 2,732.10 | 2,426.95 | | 14,336.41 |
| **Delivery Expense** | 80.00 | 50.00 | 80.00 | 30.00 | 20.00 | | 260.00 |
| **Insurance** | -95.00 | | | | | | -95.00 |
| **Office Supplies & Software** | 55.78 | 31.65 | 300.74 | 359.63 | 31.65 | 1,012.01 | 1,791.46 |
| **Operating Supplies** | 4,831.31 | 6,492.04 | 6,633.70 | 4,649.54 | 3,286.26 | -2.52 | 25,890.33 |
| **Other Expense** | 33.87 | 83.24 | 208.04 | 259.73 | 14.44 | 1,084.12 | 1,683.44 |
| **Paid Out** | 33.75 | | 39.19 | | | | 72.94 |
| **Professional Services** | 1,125.38 | 1,792.95 | 1,285.56 | 3,382.61 | 1,129.44 | 35.00 | 8,750.94 |
| **Repair & Maintenance** | 4,020.10 | 1,318.74 | 8,743.85 | 6,371.49 | 2,993.57 | | 23,447.75 |
| **Uncategorized Expense** | | | 2,074.98 | | -40.00 | | 2,034.98 |
| **Utilities** | 1,502.55 | 4,197.89 | 7,763.87 | 8,479.22 | 6,713.19 | 1,077.82 | 29,734.54 |
| **Total Controllable Expenses** | $ 14,356.26 | $ 17,483.47 | $ 30,878.01 | $ 26,893.69 | $ 16,529.71 | $ 3,362.00 | $ 109,503.14 |
| **Labor Expense** | | | | | | | 0.00 |
| Back of House Labor | 16,680.41 | 19,112.50 | 23,379.08 | 17,495.74 | 15,683.92 | | 92,351.65 |
| Employee Benefits | 4,496.80 | 4,615.43 | 6,714.08 | 4,867.38 | 4,659.55 | 2,529.91 | 27,883.15 |
| Front of House Labor | 11,278.55 | 9,948.72 | 16,786.42 | 10,920.39 | 10,110.22 | | 59,044.30 |
| Manager Expense | 11,923.10 | 11,153.88 | 13,100.02 | 8,076.93 | 12,000.02 | | 56,253.95 |
| Supervisor Pay | 1,564.03 | 1,200.00 | 3,573.27 | 3,968.41 | 2,036.60 | | 12,342.31 |
| Training Labor | 1,348.56 | 1,638.05 | 2,869.87 | 2,096.96 | 782.15 | | 8,735.59 |
| **Total Labor Expense** | $ 47,291.45 | $ 47,668.58 | $ 66,422.74 | $ 47,425.81 | $ 45,272.46 | $ 2,529.91 | $ 256,610.95 |
| **Total Expenses** | $ 61,647.71 | $ 65,152.05 | $ 97,300.75 | $ 74,319.50 | $ 61,802.17 | $ 5,891.91 | $ 366,114.09 |
| **Net Operating Income** | $ 31,975.82 | $ 36,863.03 | $ 20,247.16 | $ 27,816.39 | $ 24,961.61 | -$ 5,891.91 | $ 135,972.10 |
| **Other Income** | | | | | | | |
| Other Income | 520.06 | 520.07 | 472.72 | 520.06 | 520.07 | 1,565.66 | 4,118.64 |
| **Total Other Income** | $ 520.06 | $ 520.07 | $ 472.72 | $ 520.06 | $ 520.07 | $ 1,565.66 | $ 4,118.64 |
| **Other Expenses** | | | | | | | |
| Other Expenses | | | | | | | 0.00 |
| Administrative Expenses | | | | | | 18,866.89 | 18,866.89 |
| Interest Expense | 1,512.42 | 1,512.42 | 1,512.43 | 1,512.43 | 1,512.46 | | 7,562.16 |
| National Advertising | 6,246.94 | 7,046.44 | 8,382.88 | 6,624.60 | 6,012.48 | | 34,313.35 |
| Rent | 14,500.00 | 16,250.00 | 12,000.00 | 11,583.00 | 12,000.00 | | 66,333.00 |
| Royalty Fees | 5,260.59 | 5,933.84 | 7,059.27 | 5,578.61 | 5,063.14 | | 28,895.45 |
| **Total Other Expenses** | $ 27,519.95 | $ 30,742.70 | $ 28,954.58 | $ 25,298.64 | $ 24,588.08 | $ 18,866.89 | $ 155,970.85 |
| **Reconciliation Discrepancies** | -49.04 | 100.44 | 60.83 | 143.30 | 23.75 | | 279.28 |
| **Total Other Expenses** | $ 27,470.91 | $ 30,843.14 | $ 29,015.41 | $ 25,441.94 | $ 24,611.83 | $ 18,866.89 | $ 156,250.13 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Net Other Income** | -$ 26,950.85 | -$ 30,323.07 | -$ 28,542.69 | -$ 24,921.88 | -$ 24,091.76 | -$ 17,301.23 | -$ 152,131.49 |
| **Net Income** | $ 5,024.97 | $ 6,539.96 | -$ 8,295.53 | $ 2,894.51 | $ 869.85 | -$ 23,193.14 | -$ 16,159.39 |

Sunday, Mar 01, 2020 07:42:18 AM GMT-8 - Accrual Basis

# Fifth Day Restaurants, LLC
# Profit and Loss August 2020
### July 30 - August 26, 2020

|  | 1898 - Springfield | 1899 - Bloomington | 1925 - Moline | 2035 - Peoria | 2136 - Champaign | Corporate | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | | |
|   **Sales** | | | | | | | 0.00 |
|     **Beverage Sales** | | | | | | | 0.00 |
|       Beer Sales | 4,247.76 | 8,263.37 | 14,723.12 | 5,932.47 | 6,101.94 | | 39,268.66 |
|       Liquor Sales | 8,076.21 | 10,094.30 | 19,479.16 | 9,633.45 | 10,287.55 | | 57,570.67 |
|       Wine Sales | 1,806.89 | 3,627.14 | 3,745.35 | 1,513.68 | 1,565.58 | | 12,258.64 |
|     **Total Beverage Sales** | $ 14,130.86 | $ 21,984.81 | $ 37,947.63 | $ 17,079.60 | $ 17,955.07 | $ 0.00 | $ 109,097.97 |
|     Food Sales | 111,832.34 | 120,510.14 | 147,143.18 | 108,951.01 | 122,437.29 | | 610,873.96 |
|   **Total Sales** | $ 125,963.20 | $ 142,494.95 | $ 185,090.81 | $ 126,030.61 | $ 140,392.36 | $ 0.00 | $ 719,971.93 |
| **Total Income** | $ 125,963.20 | $ 142,494.95 | $ 185,090.81 | $ 126,030.61 | $ 140,392.36 | $ 0.00 | $ 719,971.93 |
| **Cost of Goods Sold** | | | | | | | |
|   **Cost of Beverages** | | | | | | | 0.00 |
|     Bar Mix Cost | 469.79 | 344.24 | 461.13 | 388.45 | 434.69 | | 2,098.30 |
|     Beer Cost | 898.79 | 2,195.25 | 4,759.25 | 1,908.50 | 1,388.67 | | 11,150.46 |
|     Inventory Adjustment - Bev | -1,410.47 | -526.68 | 2,867.88 | 389.53 | -517.77 | | 802.49 |
|     Liquor Cost | 2,363.06 | 2,668.13 | 5,004.33 | 2,443.14 | 3,044.11 | | 15,522.77 |
|     Wine Cost | 483.50 | 880.50 | 660.00 | 174.50 | 195.50 | | 2,394.00 |
|   **Total Cost of Beverages** | $ 2,804.67 | $ 5,561.44 | $ 13,752.59 | $ 5,304.12 | $ 4,545.20 | $ 0.00 | $ 31,968.02 |
|   Food Cost | 33,524.84 | 32,065.36 | 40,050.46 | 28,638.10 | 35,507.38 | | 169,786.14 |
|     Inventory Adjustment - Food | -634.35 | 1,586.22 | 4,152.46 | 918.72 | -163.15 | | 5,859.90 |
|     Produce | 4,890.67 | -23.74 | 4,450.99 | 3,093.16 | -62.97 | | 12,348.11 |
|   **Total Food Cost** | $ 37,781.16 | $ 33,627.84 | $ 48,653.91 | $ 32,649.98 | $ 35,281.26 | $ 0.00 | $ 187,994.15 |
| **Total Cost of Goods Sold** | $ 40,585.83 | $ 39,189.28 | $ 62,406.50 | $ 37,954.10 | $ 39,826.46 | $ 0.00 | $ 219,962.17 |
| **Gross Profit** | $ 85,377.37 | $ 103,305.67 | $ 122,684.31 | $ 88,076.51 | $ 100,565.90 | $ 0.00 | $ 500,009.76 |
| **Expenses** | | | | | | | |
|   **Controllable Expenses** | | | | | | | 0.00 |
|     Advertising & Promotion | -0.18 | 23.46 | 265.25 | 186.82 | -150.54 | | 324.81 |
|     Bank Charges | 3.01 | | | 9.01 | | 389.95 | 401.97 |
|     Cash Over/Short | -651.18 | 311.65 | 150.91 | 30.51 | -0.02 | -0.08 | -158.21 |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Credit Card Charges** | | 2,187.88 | 2,973.44 | 3,523.53 | 2,443.38 | 2,412.24 | | 13,540.47 |
| **Freight - Food** | | 90.00 | 30.00 | 70.00 | 50.00 | 160.00 | | 400.00 |
| **Insurance** | | 1,640.65 | 1,640.65 | 1,640.65 | 1,640.65 | 1,640.66 | | 8,203.26 |
| **Office Supplies & Software** | | 169.11 | | 209.49 | | 417.91 | 545.83 | 1,342.34 |
| **Operating Supplies** | | 4,968.04 | 5,794.15 | 5,915.12 | 5,493.38 | 3,836.08 | 148.14 | 26,154.91 |
| **Other Expense** | | 128.07 | 222.56 | 23.00 | 226.13 | 6.39 | 333.71 | 939.86 |
| **Paid Out** | | 132.22 | 290.10 | | | | | 422.32 |
| **Professional Services** | | 2,336.98 | 1,399.26 | 2,752.23 | 1,484.51 | 2,641.79 | 658.50 | 11,273.27 |
| **Repair & Maintenance** | | 775.24 | 7,222.57 | 9,300.84 | 2,786.29 | 5,302.43 | | 25,387.37 |
| **Taxes & Licenses** | | | | -23.08 | 36.00 | | | 12.92 |
| **Travel** | | | | | | | 392.59 | 392.59 |
| **Uncategorized Expense** | | | 485.77 | -116.83 | | | | 368.94 |
| **Utilities** | | 7,854.42 | 15,363.82 | 7,782.63 | 7,903.15 | 7,122.43 | -474.93 | 45,551.52 |
| **Total Controllable Expenses** | $ | 19,634.26 | $ 35,757.43 | $ 31,493.74 | $ 22,289.83 | $ 23,389.37 | $ 1,993.71 | $ 134,558.34 |
| **Labor Expense** | | | | | | | | 0.00 |
| **Back of House Labor** | | 18,133.02 | 20,286.55 | 25,543.08 | 16,862.78 | 17,562.65 | | 98,388.08 |
| **Employee Benefits** | | 4,641.30 | 4,762.57 | 6,669.50 | 4,945.27 | 4,837.04 | 1,184.07 | 27,039.75 |
| **Front of House Labor** | | 12,166.39 | 10,337.43 | 15,646.86 | 11,370.32 | 10,407.57 | | 59,928.57 |
| **Manager Expense** | | 11,923.10 | 11,153.88 | 12,230.79 | 8,884.63 | 12,307.71 | | 56,500.11 |
| **Supervisor Pay** | | 1,677.65 | 0.00 | 3,082.43 | 3,645.47 | 1,764.59 | | 10,170.14 |
| **Training Labor** | | 284.11 | 2,316.31 | 650.29 | 2,036.81 | 116.90 | | 5,404.42 |
| **Total Labor Expense** | $ | 48,825.57 | $ 48,856.74 | $ 63,822.95 | $ 47,745.28 | $ 46,996.46 | $ 1,184.07 | $ 257,431.07 |
| **Total Expenses** | $ | 68,459.83 | $ 84,614.17 | $ 95,316.69 | $ 70,035.11 | $ 70,385.83 | $ 3,177.78 | $ 391,989.41 |
| **Net Operating Income** | $ | 16,917.54 | $ 18,691.50 | $ 27,367.62 | $ 18,041.40 | $ 30,180.07 | -$ 3,177.78 | $ 108,020.35 |
| **Other Income** | | | | | | | | |
| **Other Income** | | 513.80 | 513.80 | 549.50 | 513.80 | 513.80 | 334.10 | 2,938.80 |
| **Total Other Income** | $ | 513.80 | $ 513.80 | $ 549.50 | $ 513.80 | $ 513.80 | $ 334.10 | $ 2,938.80 |
| **Other Expenses** | | | | | | | | |
| **Other Expenses** | | | | | | | | 0.00 |
| **Administrative Expenses** | | | | | | | 17,301.77 | 17,301.77 |
| **Interest Expense** | | 1,512.42 | 1,512.45 | 1,512.45 | 1,512.42 | 1,512.47 | | 7,562.21 |
| **National Advertising** | | 5,983.25 | 6,768.51 | 8,791.81 | 5,986.45 | 6,668.64 | | 34,198.67 |
| **Real Estate Taxes** | | | | 3,660.25 | | | | 3,660.25 |
| **Rent** | | 14,500.00 | 16,250.00 | 12,000.00 | 11,583.00 | 12,000.00 | | 66,333.00 |
| **Royalty Fees** | | 5,038.53 | 5,699.80 | 7,403.63 | 5,041.22 | 5,615.69 | | 28,798.88 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Other Expenses** | | $ | 27,034.20 | $ | 30,230.76 | $ | 33,368.15 | $ | 24,123.10 | $ | 25,796.80 | $ | 17,301.77 | $ | 157,854.77 |
| Reconciliation Discrepancies | | | -89.60 | | 244.93 | | -253.44 | | 196.45 | | 77.79 | | | | 176.13 |
| **Total Other Expenses** | | $ | 26,944.60 | $ | 30,475.69 | $ | 33,114.71 | $ | 24,319.55 | $ | 25,874.59 | $ | 17,301.77 | $ | 158,030.90 |
| **Net Other Income** | | -$ | 26,430.80 | -$ | 29,961.89 | -$ | 32,565.21 | -$ | 23,805.75 | -$ | 25,360.79 | -$ | 16,967.67 | -$ | 155,092.10 |
| **Net Income** | | -$ | 9,513.26 | -$ | 11,270.39 | -$ | 5,197.59 | -$ | 5,764.35 | $ | 4,819.28 | -$ | 20,145.45 | -$ | 47,071.75 |

Sunday, Mar 01, 2020 07:42:52 AM GMT-8 - Accrual Basis