**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| FIFTH DAY RESTAURANTS, LLC, | )    Case No. 20-80285 |
| | )    Chapter 11 |
| Debtor. | ) |

**NOTICE OF CANCELLATION OF**
**CHAPTER 11 § 341 MEETING OF CREDITORS**

The Chapter 11 telephonic Meeting of Creditors in this case scheduled for Wednesday,

April 22, 2020, at 10:00 A.M., is cancelled.

Date:   April 21, 2020                    NANCY J. GARGULA
                                          United States Trustee

                                          */s/ Sabrina M. Petesch*

                                          Sabrina M. Petesch
                                          Attorney for U. S. Trustee

Office of the United States Trustee
United States Department of Justice
401 Main Street, Suite 1100
Peoria, IL 61602
(309) 671-7854 x 228