Form oconvert(oconv)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois

216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Fifth Day Restaurants, LLC
   *Debtor*

*Case No.:* 20–80285

*Chapter:* 7

## ORDER OF CONVERSION

The above named case having been filed under Chapter 11 on 3/2/20 and a Motion to Convert filed by the Debtor;

*IT IS ORDERED* that the above named case be, and is hereby converted to a Chapter 7 case and that the items marked below be furnished at the times specified:

- ☐ Robert E Eggmann is required to file a Final Report in the Chapter 11 case within 60 days (120 days for a Chapter 13).
- ☐ The debtor is required to pay Clerk's fees as indicated on the Notice re: Outstanding Court Fees Due provided. These fees are due immediately. (Payment to be made by money order or certified check, payable to Clerk, U.S. Bankruptcy Court.)
- ☐ Robert E Eggmann is required to pay Clerk's fees as indicated on the Notice re: Outstanding Court Fees Due provided. These fees are due from any funds of the estate on hand.
- ☑ Applications for Fees and Expenses in the Chapter 11 shall be filed within 30 days.

You are hereby notified that Andrew S. Erickson is the Chapter 7 Trustee.

**Entered:** 4/21/20

   /S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.