**IT IS SO ORDERED.**

**SIGNED THIS: May 7, 2020**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) No. 20-80285 |
| | ) |
| FIFTH DAY RESTAURANTS, LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Judge Thomas L. Perkins |
| | ) |

**ORDER**

The Bankruptcy Court having reviewed Moline Hotel, LLC's Motion for Relief From the Automatic Stay (Docket No. #47), hereby ORDERS that said Motion is granted and Moline Hotel may proceed with eviction and enforcement of its rights under the Lease Agreement that is the subject of the motion.

The provisions of Bankruptcy Rule 4001(a)(3) are waived.

**AGREED AS TO SUBSTANCE AND FORM:**

| **CHAPTER 7 TRUSTEE** | **MOLINE HOTEL, LLC** |
|---|---|
| */s/ Andrew S. Erickson* | By:   */s/ Douglas R. Lindstrom, Jr.* |
| Andrew S. Erickson | Douglas R. Lindstrom, Jr. |
| P.O. Box 438 | 220 N. Main Street, Suite 600 |
| Decatur, IL 62525 | Davenport, IA  52801 |
| Telephone: (217) 425-1515 | Telephone:  (563) 324-3246 |
| Facsimile: (217) 424-5188 | Facsimile:  (563) 324-1616 |
| Email: AETrustee@aericksonlaw.com | Email:  dlindstrom@l-wlaw.com |

###